1

2

3

4       UNITED STATES DISTRICT COURT

5       DISTRICT OF NEVADA

6       * * *

7    JPMORGAN CHASE BANK,                          Case No. 2:16-CV-1677 JCM (GWF)

8                            Plaintiff(s),                    ORDER

9          v.

10   SFR INVESTMENTS POOL 1, LLC, et al.,

11                          Defendant(s).

12

13          Presently before the court is defendant SFR Investments Pool 1, LLC's motion for demand

14   for security of costs.  (ECF No. 8).  Defendant asks that plaintiff JPMorgan Chase Bank, N.A. file

15   security of costs in the amount of $500.00 in favor of the defendant pursuant to NRS 18.130(1)

16   because plaintiff is a non-resident of Nevada.

17          The Ninth Circuit recognizes that "federal district courts have inherent power to require

18   plaintiffs to post security for costs."  *Simulnet E. Assocs. v. Ramada Hotel Operating Co*., 37 F.3d

19   573, 574 (9th Cir. 1994).  A federal district court typically follows the forum state's practice

20   regarding security of costs, particularly when a party is a non-resident.  *See, e.g.*, 10 Charles Alan

21   Wright & Arthur R. Miller, Federal Practice and Procedure § 2671 (3d ed. 1998).  Section 18.130

22   of the Nevada Revised Statutes provides that the court may require an out-of-state plaintiff to post

23   a security for costs in an amount up to $500.00 upon request by a defendant.  Nev. Rev. Stat. §

24   18.130.

25          This court finds it appropriate to order security of costs in this matter.

26          Accordingly,

27          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for

28   demand for security of costs (ECF No. 8) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1       IT IS FURTHER ORDERED that plaintiff shall post security in the amount of $500.00

2  within seven (7) days of the entry of this order.

3       DATED November 2, 2016.

4

5                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -