# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

    Defendants.

Case No. 2:16-cv-01677-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff JP Morgan Chase Bank, N.A. and Defendant SFR Investments Pool 1, LLC's ("SFR") Joint Motion to Amend the Joint Discovery Plan and Scheduling Order (ECF No. 41), filed on April 10, 2017. The Court instructed the parties to file their oppositions, if any, to the Joint Motion to Amend by April 17, 2017. *See* ECF No. 42. To date, no party has filed an opposition to this motion and the time for response has now expired.

Plaintiff and Defendant SFR request a 60 day extension of discovery deadlines pursuant to Local Rule 7-1. Upon review and consideration,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Amend the Joint Discovery Plan and Scheduling Order (ECF No. 41) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **July 3, 2017**
2. Last date to file dispositive motions: **August 3, 2017**
3. Last date to file joint pretrial order: **September 4, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 18th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge