Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: shiroffj@ballardspahr.com

*Attorneys for Plaintiff/Counter/Cross-Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; MOUNTAINS EDGE MASTER ASSOCIATION; and VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; and GORDON S. ADAM III, an individual,<br><br>Counter/Cross-Defendants. | CASE NO.: 2:16-cv-01677-JCM-GWF<br><br>**ORDER DISCHARGING AND RELEASING SECURITY COSTS** |

DMWEST #18167218 v1

Pursuant to the Judgment entered in this case on February 21, 2018 (ECF No. 57), it is hereby ordered that the $500 in security costs posted by JPMorgan Chase Bank, N.A., on November 9, 2016 (ECF No. 16) shall be discharged and released to the Ballard Spahr LLP Trust Account.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   October 25, 2018